COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROSA SERRANO D/B/A THE LENS FACTORY | § § § | No. 08-12-00186-CV |
| Appellant, | § | Appeal from |
| v. | § | 327th District Court |
| PELLICANO BUSINESS PARK LLC, | § § | of El Paso County, Texas |
| Appellee. | § | (TC # 2012-DCV-02335) |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion for determination of whether it should be dismissed because another appeal from the same judgment is pending. The Court is also considering Rosa Serrano's motion to continue with the appeal.

An appeal is presently pending in cause number 08-12-00101-CV styled *Rosa Serrano v. Pellicano Business Park, LLC*. In that case, Serrano, *pro se*, is appealing from a final judgment dismissing her suit in cause number 2012-DCV-02335. The trial court denied Serrano's motion for new trial on May 2, 2012 and Serrano filed a new notice of appeal which this Court filed and assigned cause number 08-12-00186-CV. After obtaining a copy of the trial court's May 2, 2012 order and reviewing the record in cause number 08-12-00101-CV, the Court instructed the Clerk to send Serrano a letter notifying her that the appeal would be dismissed because the trial court's May 2, 2012 order is not separately appealable. Any issues Serrano wishes to raise related to the trial court's ruling on the motion for new trial can be raised in cause number 08-12-00101-CV. We therefore deny as moot Serrano's motion to continue with the appeal and dismiss the appeal.

July 31, 2012 _____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.